UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and KENDRA SCOTT, LLC, a Tennessee limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIVIEN KHONG, an individual; JEREMIAH STRAWN, an individual; JEREMIAH BOUTIQUE LLC, an Oregon limited liability company; PETER NEWTON, an individual; PAUL NEWTON, an individual; TRUCK N SHADEZ LLC, a California limited liability company; and DOES 1-10,<br><br>Defendants. | No.<br><br>**COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |

## I. INTRODUCTION

1. This case involves Defendants' unlawful and expressly prohibited sale of counterfeit jewelry bearing the trademarks of Kendra Scott, LLC ("Kendra Scott"). Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") and Kendra Scott jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon's and Kendra Scott's customers, reputations, and intellectual property ("IP"), and to hold Defendants accountable for their illegal actions.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

2. Amazon.com Services LLC owns and operates the Amazon.com store (the "Amazon Store"), and Amazon's affiliates own and operate equivalent counterpart international stores and websites. Amazon's stores offer products and services to customers in more than 100 countries around the globe. Some of the products are sold directly by Amazon entities, while others are sold by Amazon's numerous third-party selling partners. The Amazon brand is one of the most well-recognized, valuable, and trusted brands in the world. To protect its customers and safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources to prevent counterfeit and infringing goods from being sold in its stores. Amazon has invested billions of dollars and employed thousands of people—including machine learning scientists, software developers, and expert investigators—who are dedicated to protecting customers, brands, selling partners, and Amazon's stores from counterfeits, fraud, and other forms of abuses.

3. Kendra Scott (the individual; referred to as "Ms. Scott") is an American fashion and accessories designer, philanthropist, and national best-selling author who designed her first collection of jewelry in the spare bedroom of her home. Ms. Scott founded Kendra Scott, LLC in 2002 and now serves as the Chief Visionary Officer. The Kendra Scott brand quickly grew into a globally recognized brand and beloved name. In 2017, a private equity firm invested in the company at a valuation of approximately USD $1 billion. Known for her distinctive use of color, innovative designs, and commitment to quality materials, Ms. Scott has created collections of timeless pieces that have earned a loyal following among consumers, media, and celebrities alike. Ms. Scott is also a nationally recognized entrepreneur and business leader. She has appeared as a Shark on ABC's Shark Tank across four seasons and is now a permanent Shark on the Emmy Award-winning series. She has received numerous honors for her entrepreneurial leadership, including the EY Entrepreneur of the Year National Award and induction into the Texas Business Hall of Fame. She has also been recognized by Forbes among America's Richest Self-Made Women.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

4. Kendra Scott, LLC designs, manufactures, distributes, and sells a wide range of products including women's and men's jewelry, watches, apparel, boots, fragrance, home accessories, handbags, and related accessories. These products are recognized for their quality, distinctive style, and innovative design, and are identified by the Kendra Scott name and trademarks. At the heart of the brand is a commitment to doing good. From its earliest days, Ms. Scott championed the belief that business can be a force for positive impact, often expressed through her philosophy of "doing good first and selling jewelry second." In 2023, Ms. Scott established the Kendra Scott Foundation to further formalize and expand the company's philanthropic efforts and support causes focused on women and youth health, wellness, education, and entrepreneurship. Philanthropy continues to be an important part of the company's identity and its commitment to giving back to the communities it serves. In the United States and around the world, the Kendra Scott brand has come to represent quality, creativity and a distinctive approach to accessible fashion and lifestyle products. One of Ms. Scott's most recognizable designs is the Elisa design, a signature shape that has been incorporated into a number of different pieces in the collection.[1]

5. Kendra Scott, LLC owns, manages, enforces, licenses, and maintains IP, including various trademarks. Relevant to this Complaint, Kendra Scott owns the following registered trademarks (the "Kendra Scott Design Marks").

| **Mark** | **Registration Nos. (International Classes)** |
|---|---|
|  | 5,399,800 (014) |
|  | 7,170,774 (014)<br>4,838,307 (014) |

[1] Various versions of the Elisa Collection can be found on Kendra Scott's website at https://www.kendrascott.com/jewelry/collections/elisa-necklace-collection/.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

6. Ms. Scott also owns, manages, enforces, licenses, and maintains IP, including various trademarks. Kendra Scott, LLC is the exclusive licensee of certain trademarks owned by Ms. Scott, the following of which are relevant to this Complaint (the "Kendra Scott Word Marks"):

| Mark | Registration Nos. (International Classes) |
|---|---|
| KENDRA SCOTT | 7,311,085 (014)<br>3,125,314 (014) |
| KS | 4,927,238 (014) |

The Kendra Scott Design Marks[2] and the Kendra Scott Word Marks are collectively referred to as the "Kendra Scott Trademarks." True and correct copies of the registration certificates for the Kendra Scott Trademarks are attached as **Exhibit A**.

7. Beginning in 2017, Defendants registered with Amazon to sell in the Amazon Store. From 2024 through 2026, Defendants advertised, marketed, offered, distributed, and sold counterfeit Kendra Scott-branded jewelry in the Amazon Store (namely, unauthorized imitations of the Elisa necklace, among other designs), using the Kendra Scott Trademarks, without authorization, in order to deceive customers about the authenticity and origin of the products and the products' affiliation with Kendra Scott.

8. As a result of their illegal actions, Defendants have infringed and misused Kendra Scott's IP; breached their contracts with Amazon; willfully deceived and harmed Amazon, Kendra Scott, and their customers; compromised the integrity of the Amazon Store; and undermined the trust that customers place in Amazon and Kendra Scott. Defendants' illegal actions have caused Amazon and Kendra Scott to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, Kendra Scott, and their customers.

---

[2] Reg. No. 5,399,800 depicts a drawing of the Elisa design. Reg. No. 7,170,774 depicts the Kendra Scott logo, a decorative shape that resembles overlapping petals of a flower that is often represented in Kendra Scott's signature yellow. Kendra Scott uses this design in connection with its products to signify the brand.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

## II. PARTIES

9. Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington. Amazon.com Services LLC is a Delaware limited liability company with its principal place of business in Seattle, Washington.

10. Kendra Scott is a Tennessee limited liability company with its principal place of business in Austin, Texas.

11. Defendants are a collection of individuals and entities, both known and unknown, who conspired and operated in concert with each other to engage in the counterfeiting scheme alleged in this Complaint. Defendants operated, controlled, and/or were responsible for the selling accounts detailed in **Attachment 1** (the "Selling Accounts"). Defendants are subject to liability for their wrongful conduct both directly and under principles of secondary liability including, without limitation, *respondeat superior*, vicarious liability, and/or contributory infringement.

12. On information and belief, Defendant Vivien Khong ("Khong"), doing business as Ideal Retail LLC and Jeanius LLC, is an individual residing in North Carolina. Defendant Khong personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and she derived a direct financial benefit from that wrongful conduct with respect to the Gaggle of Geese Selling Account. On information and belief, Defendant Khong acted in concert with other individuals and/or entities who operated the Selling Accounts.

13. On information and belief, Defendant Jeremiah Strawn ("Strawn") is an individual residing in Oregon. Defendant Strawn is the owner, manager, and/or controlling person of Defendant Jeremiah Boutique LLC ("Jeremiah Boutique"). Defendant Strawn personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and he derived a direct financial benefit from that wrongful conduct with respect to the Jeremiah Boutique Selling Account. On information and



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

belief, Defendant Strawn acted in concert with other individuals and/or entities who operated the Selling Accounts.

14. On information and belief, Defendant Jeremiah Boutique is an Oregon limited liability company. Defendant Jeremiah Boutique personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct with respect to the Jeremiah Boutique Selling Account. On information and belief, Defendant Jeremiah Boutique acted in concert with other individuals and/or entities who operated the Selling Accounts.

15. On information and belief, Defendant Peter Newton is a resident of New Hampshire. On further information and belief, Defendant Peter Newton is an owner, manager, and/or controlling person of Defendant Truck N Shadez LLC ("Truck N Shadez"). Defendant Peter Newton personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and he derived a direct financial benefit from that wrongful conduct with respect to the TruckNShadez Selling Account. On information and belief, Defendant Peter Newton acted in concert with other individuals and/or entities who operated the Selling Accounts.

16. On information and belief, Defendant Paul Newton is a resident of California. On information and belief, Defendant Paul Newton is an owner, manager, and/or controlling person of Defendant Truck N Shadez. Defendant Paul Newton personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and he derived a direct financial benefit from that wrongful conduct with respect to the TruckNShadez Selling Account. On information and belief, Defendant Paul Newton acted in concert with other individuals and/or entities who operated the Selling Accounts.

17. On information and belief, Defendant Truck N Shadez is a California limited liability company. Defendant Truck N Shadez personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct with respect to the TruckNShadez



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

Selling Account. On information and belief, Defendant Truck N Shadez acted in concert with other individuals and/or entities who operated the Selling Accounts.

18. On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and/or entities working in active concert with each other and the named Defendants to knowingly and willfully manufacture, import, advertise, market, offer, distribute, and sell counterfeit Kendra Scott-branded products. The identities of the Doe Defendants are presently unknown to Plaintiffs.

## III. JURISDICTION AND VENUE

19. The Court has subject matter jurisdiction over Kendra Scott's Lanham Act claim for trademark counterfeiting and trademark infringement, and Amazon's and Kendra Scott's Lanham Act claims for false designation of origin, pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a). The Court has subject matter jurisdiction over Amazon's breach of contract claim and Amazon's and Kendra Scott's claims for violation of the Washington Consumer Protection Act, pursuant to 28 U.S.C. §§ 1332 and 1367.

20. The Court has personal jurisdiction over Defendants because they transacted business and committed tortious acts within and directed to the State of Washington, and Amazon's and Kendra Scott's claims arise from those activities. Defendants affirmatively undertook to do business with Amazon, a corporation with its principal place of business in Washington, and sold in the Amazon Store products bearing counterfeit versions of the Kendra Scott Trademarks and which otherwise infringed Kendra Scott's IP. Additionally, Defendants shipped products bearing counterfeit versions of the Kendra Scott Trademarks to consumers in Washington. Each Defendant committed, or facilitated the commission of, tortious acts in Washington and has wrongfully caused Amazon and Kendra Scott substantial injury in Washington.

21. Further, Defendants have consented to the jurisdiction of this Court by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides that the "Governing Courts" for claims to enjoin infringement or misuse of IP rights and claims related to



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

the sale of counterfeit products in the Amazon Store are the state or federal courts located in King County, Washington.

22. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in the Western District of Washington. Venue is also proper in this Court because Defendants consented to it under the BSA.

23. Pursuant to Local Civil Rule 3(e), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV. FACTS

### A. Amazon's Efforts to Prevent the Sale of Counterfeit Goods.

24. Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices. Amazon invests vast resources to ensure that when customers make purchases in Amazon's stores—either directly from Amazon entities or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

25. A small number of bad actors seek to take advantage of the trust customers place in Amazon by attempting to create Amazon selling accounts to advertise, market, offer, distribute, and sell counterfeit products. These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers. This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm to Amazon.

26. Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of its customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products from ever being



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

offered to customers in Amazon's stores. Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores. Amazon's systems automatically and continuously scan thousands of data points to prevent, detect, and remove counterfeits from its stores and to terminate the selling accounts of bad actors before they can offer counterfeit products. When Amazon identifies issues based on this feedback, it takes action to address them. Amazon also uses this intelligence to improve its proactive prevention controls. In 2025, Amazon's proactive controls blocked more than 99.9% of suspected infringing listings before a brand ever had to find and report them.

27. In 2017, Amazon launched Brand Registry, a free service that offers rights owners an enhanced suite of tools for monitoring and reporting potential instances of infringement, regardless of whether they sell in Amazon's stores. Brand Registry delivers automated brand protections that use machine learning to predict infringement and proactively protect brands' IP. Brand Registry also provides a powerful Report a Violation Tool that allows brands to search for, identify, and report potentially infringing products using state-of-the-art image search technology.

28. In 2018, Amazon launched Transparency, a product serialization service that prevents counterfeits from reaching customers for enrolled products. Brands enrolled in Transparency can apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers, law enforcement, and customers to determine the authenticity of any Transparency-enabled product, regardless of where the product was purchased. More than 2.75 billion product units have been verified as genuine through Amazon's Transparency program.

29. In 2019, Amazon launched Project Zero, a program to empower brands to help Amazon drive counterfeits to zero. Project Zero introduced a novel self-service counterfeit removal tool that enables brands to remove counterfeit listings directly from Amazon's stores. This enables brands to take down counterfeit product offerings on their own within minutes. Since launch, more than 35,000 brands have enrolled in Project Zero.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

30. Amazon uses advanced technology and expert human reviewers to verify the identities of potential sellers. When prospective sellers apply to sell in Amazon's stores, they are required to provide government-issued photo IDs, business credentials, bank statements, and proof of address—cross-checked against internal and external databases where possible. Amazon employs advanced identity detection methods such as document forgery detection, image and video verification, and other technologies to quickly confirm the authenticity of government-issued IDs and whether such IDs match the individual applying to sell in Amazon's stores. In addition to verifying IDs, Amazon's systems analyze numerous data points, including behavior signals and connections to previously detected bad actors, to detect and prevent risks.

31. Similarly, throughout the selling experience in Amazon's stores, Amazon's systems monitor selling accounts to identify anomalies or changes in account information, behaviors, and other risk signals. In the event that Amazon identifies a risk of fraud or abuse, it promptly initiates an investigation using automated and/or human review, may request additional information, and swiftly removes bad actors from its stores.

32. In addition to the measures discussed above, Amazon actively cooperates with rights owners and law enforcement to identify and prosecute bad actors suspected of engaging in illegal activity. Lawsuits, like this one, as well as criminal referrals, are integral components of Amazon's efforts to combat counterfeits and other inauthentic products. Since its launch in 2020, Amazon's Counterfeit Crimes Unit has pursued more than 32,000 bad actors through litigation and criminal referrals to law enforcement.

**B. Kendra Scott and Its Anti-Counterfeiting Efforts.**

33. Kendra Scott takes the protection of its IP seriously. Kendra Scott goes to great lengths to protect consumers from counterfeits of its products and ensure its customers have an excellent experience, and it is committed to leading efforts to combat counterfeit products. Kendra Scott utilizes both internal and external resources to combat counterfeit and infringing products and actively protects its intellectual property, including through litigation. Kendra Scott's brand protection team engages several measures to combat infringement, including third-



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

party brand protection service vendors to detect and remove infringing product listings and other violations of its IP rights.

34. Kendra Scott is currently enrolled in Brand Registry. Kendra Scott has actively used the tools and protections provided by this program since 2019 and used this program in response to the counterfeiting activity described in this Complaint.

### C. Defendants Created Amazon Selling Accounts, Agreed Not to Sell Counterfeit Goods, Agreed to Provide Accurate Information to Amazon, and Agreed to Reimburse Amazon for Damages Arising from Customer Refunds.

35. Between December 2017 and July 2026,[3] Defendants established, controlled, and operated the three Selling Accounts detailed in Attachment 1. At various times from 2024 through 2026, Defendants used these Selling Accounts to advertise, market, offer, distribute, and sell counterfeit Kendra Scott-branded jewelry. In connection with these Selling Accounts, Defendants provided Amazon with names, email addresses, phone numbers, a tax identification number, bank information, and either government-issued identification for an individual acting on behalf of the Selling Account or a copy of a government-issued record or tax document for the entity operating the Selling Account.

36. To become a third-party seller in the Amazon Store, an applicant is required to agree to the BSA, which governs the seller's access to and use of Amazon's services and states Amazon's rules for selling in the Amazon Store. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable Laws in [the] performance of its obligations and exercise of its rights" under the BSA. A true and correct copy of the applicable version of the BSA, namely, the version Defendants last agreed to when using Amazon's services, is attached as **Exhibit B**.

37. Under the terms of the BSA, Amazon specifically identifies the sale of counterfeit goods as "deceptive, fraudulent, or illegal activity" that violates Amazon's policies, and Amazon reserves the right to withhold payments and terminate the selling account of any bad actor who

[3] Amazon blocked the last of the Selling Accounts in July 2026 after Kendra Scott confirmed that the letters of authorization and invoices that the Selling Account submitted to Amazon in response to Kendra Scott's notices of infringement had been fabricated.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

engages in such conduct. Ex. B ¶¶ 2-3. The BSA requires the seller to defend, indemnify, and hold Amazon harmless against any claims or losses arising from the seller's "actual or alleged infringement of any Intellectual Property Rights." *Id.* ¶ 6.1.

38. Additionally, the BSA incorporates, and sellers therefore agree to be bound by, Amazon's Program Policies. The BSA defines "Program Policies" as "all policies and program terms provided on the Program Policies page," which contains a hyperlink to a webpage where those policies are listed. One of the Program Policies is Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**. The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon Store:

> - The sale of counterfeit products is strictly prohibited.
> - You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]
> - You must provide records about the authenticity of your products if Amazon requests that documentation[.]
>
> Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfillment centers, and other legal consequences.

*Id.*

39. Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in the Amazon Store, and describes the consequences of selling inauthentic products:

> - Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:
>   - Bootlegs, fakes, or pirated copies of products or content
>   - Products that have been illegally replicated, reproduced, or manufactured
>   - Products that infringe another party's intellectual property rights
> - Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

    - Remove suspect listings.

    - Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney’s fees.

- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

40. Additionally, under the BSA, sellers agree that the information and documentation they provide to Amazon in connection with their selling accounts—such as identification, contact, and banking information—will, at all times, be valid, truthful, accurate, and complete. Specifically, the BSA requires that:

- As part of the application [process], you must provide us with your (or your business’) legal name, address, phone number and e-mail address, as well as any other information we may request. Ex. B ¶ 1.

- You will use only a name you are authorized to use in connection with a[ny Amazon] Service and will update all of the information you provide to us in connection with the Services as necessary to ensure that it at all times remains accurate, complete, and valid. *Id.* ¶ 2.

- Each party represents and warrants that: (a) if it is a business, it is duly organized, validly existing and in good standing under the Laws of the country in which the business is registered and that you are registering for the Service(s) within such country; (b) it has all requisite right, power, and



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

> authority to enter this Agreement, perform its obligations, and grant the rights, licenses, and authorizations in this Agreement; (c) any information provided or made available by one party to another party or its Affiliates is at all times accurate and complete[.] *Id.* ¶ 5.

41. When Defendants registered as third-party sellers in the Amazon Store, and established their Selling Accounts, they agreed not to advertise, market, offer, distribute, or sell counterfeit products, and agreed to provide Amazon with accurate and complete information and to ensure that information remained accurate and complete.

42. Defendants also agreed to reimburse Amazon for any amounts that Amazon refunded to customers who purchased products from Defendants. The BSA provides:

- You will defend, indemnify, and hold harmless Amazon … against any … loss, damage, settlement cost, expense, or other liability … arising from or related to … Your Products, including the … refund … thereof[.] *Id.* § 6.1.
- If we determine that your actions or performance may result in returns, chargebacks, claims, disputes, violations of our terms or policies, violations of law or other risks to Amazon or third parties, then we may in our sole discretion withhold any payments to you for as long as we determine any related risks to Amazon or third parties persist. For any amounts that we determine you owe us, we may … collect payment or reimbursement from you by any other lawful means. *Id.* § 2.

### D. Defendants' Sale of Counterfeit Kendra Scott-Branded Products and Provision of False Information to Amazon.

43. Defendants advertised, marketed, offered, distributed, and sold counterfeit Kendra Scott-branded jewelry through the Selling Accounts. The counterfeit Kendra Scott-branded jewelry sold by Defendants is identified and described in Attachment 1.

44. Kendra Scott has conducted test purchases of, and/or reviewed physical samples of, Kendra Scott-branded jewelry offered for sale by each Selling Account. Kendra Scott reported to Amazon that the products bore the Kendra Scott Trademarks, that Kendra Scott never authorized the sale of such products or the use of the Kendra Scott Trademarks on the products, and that the products were therefore counterfeit, as detailed in Attachment 1.

45. The totality of the facts demonstrate that Defendants' advertisement and sale of counterfeit Kendra Scott-branded jewelry is highly likely to cause consumer confusion about the



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

source of Defendants' products. First, Defendants falsely advertise their counterfeit jewelry as genuine Kendra Scott-branded jewelry. Second, Defendants' counterfeit jewelry bears marks that are identical to, or substantially indistinguishable from, the Kendra Scott Trademarks. Third, Defendants' counterfeit jewelry mimics the appearance and design of Kendra Scott's genuine jewelry (such as the Elisa necklace, among other designs), in a deliberate attempt to pass off Defendants' jewelry as authentic. Fourth, Defendants have marketed and sold their counterfeit Kendra Scott-branded jewelry through the same trade and advertising channels that are used to market and sell genuine Kendra Scott jewelry, including online and in the Amazon Store. Fifth, Defendants intended to confuse customers about the source of their products through their knowing and willful misuse of Kendra Scott's IP. Sixth, on information and belief, Defendants' conduct resulted in actual consumer confusion because a substantial volume of Kendra Scott-branded products were purchased by customers through the Selling Accounts.

46. In addition, as further detailed in Attachment 1, Defendants submitted to Amazon invoices and letters of authorization that purported to show that their counterfeit products were supplied by Kendra Scott. Kendra Scott has confirmed that the invoices and letters were falsified.

**E. Defendants' Coordinated Sale of Counterfeit Kendra Scott-Branded Products.**

47. On information and belief, Defendants operated in concert with one another in their advertising, marketing, offering, distributing, and selling of inauthentic Kendra Scott-branded products. Defendants are associated through similar falsified invoices and letters of authorization that the Selling Accounts provided to Amazon purporting to show the authenticity of their counterfeit products.

**F. Amazon Shut Down Defendants' Selling Accounts.**

48. Defendants falsely represented to Amazon and its customers that the counterfeit and infringing Kendra Scott-branded products that they sold were genuine products made by Kendra Scott. Defendants also knowingly and willfully used Kendra Scott's IP in connection



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

with the advertising, marketing, offering, distributing, and selling of counterfeit and infringing Kendra Scott-branded products.

49. At all times, Defendants knew they were prohibited from violating third-party IP rights and any applicable laws while selling products in the Amazon Store, from providing inaccurate information to Amazon and its customers, from misrepresenting the authenticity of the products sold, and from misleading Amazon and its customers through their sale of inauthentic products. Defendants have breached the terms of their agreements with Amazon; deceived Amazon's customers and Amazon; infringed and misused the IP rights of Kendra Scott; harmed the integrity of and customer trust in the Amazon Store; and tarnished Amazon's and Kendra Scott's brands.

50. After Amazon verified Defendants' sale of counterfeit Kendra Scott-branded products, it blocked the Selling Accounts. In doing so, Amazon exercised its rights under the BSA to protect its customers and the reputations of Amazon and Kendra Scott.

51. Amazon also proactively issued refunds to customers who purchased the counterfeit Kendra Scott-branded products from Defendants in accordance with Amazon's refunds policies. Defendants have not reimbursed Amazon.

## V. CLAIMS

### FIRST CLAIM

***(by Kendra Scott, LLC against all Defendants)***

**Trademark Counterfeiting and Trademark Infringement – 15 U.S.C. § 1114**

52. Plaintiff Kendra Scott incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

53. Defendants' activities constitute counterfeiting and infringement of the Kendra Scott Design Marks as described in the paragraphs above.

54. Kendra Scott owns the Kendra Scott Design Marks and it advertises, markets, offers, distributes, and sells its products using the Kendra Scott Design Marks. Kendra Scott uses the Kendra Scott Design Marks to distinguish its products from the products and related items of others in the same or related fields.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

55. Because of Kendra Scott's long, continuous, and exclusive use of the Kendra Scott Design Marks, those trademarks are understood by customers and the public to signify products from Kendra Scott.

56. Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit and infringing versions of the Kendra Scott Design Marks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Specifically, Defendants intended customers to believe, incorrectly, that the products originated from, were affiliated with, and/or were authorized by Kendra Scott and they likely caused such erroneous customer beliefs.

57. As a result of Defendants' wrongful conduct, Kendra Scott is entitled to recover its actual damages, Defendants' profits attributable to the infringement, treble damages, and attorneys' fees pursuant to 15 U.S.C. § 1117(a) and (b). Alternatively, Kendra Scott is entitled to statutory damages under 15 U.S.C. § 1117(c) for Defendants' use of counterfeit marks.

58. Kendra Scott is further entitled to injunctive relief, including an order impounding all counterfeit and infringing products and promotional materials in Defendants' possession. Kendra Scott has no adequate remedy at law for Defendants' wrongful conduct because, among other things: (a) the Kendra Scott Design Marks are unique and valuable properties that have no readily-determinable market value; (b) Defendants' counterfeiting and infringing activities constitute harm to Kendra Scott and Kendra Scott's reputation and goodwill such that Kendra Scott could not be made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin, or authenticity of the counterfeit and infringing materials; and (d) the resulting harm to Kendra Scott, due to Defendants' wrongful conduct is likely to be continuing.

## SECOND CLAIM
***(by Kendra Scott, LLC and Amazon against all Defendants)***
**False Designation of Origin – 15 U.S.C. § 1125(a)**

59. Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

60. Kendra Scott owns or is the exclusive licensee of the Kendra Scott Trademarks; it advertises, markets, offers, distributes, and sells its products using the Kendra Scott Trademarks; and it uses the Kendra Scott Trademarks to distinguish its products from the products and related items of others in the same or related fields.

61. Because of Kendra Scott's long, continuous, and exclusive use of the Kendra Scott Trademarks, the Kendra Scott Trademarks are understood by customers, users, and the public to signify products from Kendra Scott.

62. Amazon's reputation for trustworthiness is at the heart of its relationship with customers. Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in the Amazon Store.

63. Defendants unlawfully advertised, marketed, offered, distributed, and sold products bearing counterfeit versions of the Kendra Scott Trademarks with the intent and likelihood of causing customer confusion, mistake, and deception as to the products' source, origin, and authenticity. Defendants' wrongful conduct misleads and confuses customers and the public as to the origin and authenticity of the goods and services advertised, marketed, offered, distributed, or sold in connection with the Kendra Scott Trademarks, and wrongfully trades upon Kendra Scott's goodwill and business reputation.

64. Further, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, distributing, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policy. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon Store because Amazon would not have allowed Defendants to do so but for their deceptive acts.

65. Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

at least to the extent that Defendants continue to establish selling accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

66. Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by Kendra Scott, all in violation of 15 U.S.C. § 1125(a)(1)(A).

67. Plaintiffs are entitled to an injunction against Defendants, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with attorneys' fees and costs incurred in investigating and bringing this lawsuit. Defendants' acts have caused irreparable injury to Plaintiffs. On information and belief, that injury is continuing. An award of monetary damages cannot fully compensate Plaintiffs for their injuries, and Plaintiffs lack an adequate remedy at law.

68. Kendra Scott is further entitled to recover Defendants' profits, Kendra Scott's damages for its losses, and Kendra Scott's costs to investigate and remediate Defendants' conduct and bring this action, in an amount to be determined. Kendra Scott is also entitled to the trebling of any damages award as allowed by law. Amazon is also entitled to recover its damages arising from Defendants' sale of counterfeit products in the Amazon Store.

## THIRD CLAIM
***(by Kendra Scott, LLC and Amazon against all Defendants)***
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

69. Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

70. Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Kendra Scott-branded products constitute unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

71. Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Kendra Scott-branded products harm the public interest by deceiving customers about the authenticity, origin, and sponsorship of the products.

72. Defendants' advertising, marketing, offering, distributing, and selling of counterfeit Kendra Scott-branded products directly and proximately causes harm to and tarnishes Plaintiffs' reputations and brands, and damages their business and property interests and rights.

73. Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover from Defendants their attorneys' fees and costs. Kendra Scott further seeks to recover from Defendants its actual damages, trebled, and Amazon further seeks to recover from Defendants its actual damages, trebled, arising from Defendants' sale of counterfeit products.

## FOURTH CLAIM
### *(by Amazon.com Services LLC[4] against all Defendants)*
### Breach of Contract

74. Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

75. Defendants established Amazon selling accounts and entered into Amazon's BSA, a binding and enforceable contract between Defendants and Amazon. Defendants also contractually agreed to be bound by the policies incorporated by reference into the BSA, including Amazon's Anti-Counterfeiting Policy and other policies as maintained on the Amazon seller website.

76. Amazon performed all obligations required of it under the terms of the contract with Defendants or was excused from doing so.

77. Defendants' sale and distribution of counterfeit Kendra Scott-branded products materially breached the BSA and the Anti-Counterfeiting Policy in numerous ways. Among other things, Defendants' conduct constitutes infringement and misuse of the IP rights of Kendra Scott.

---

[4] For the Fourth Claim only, "Amazon" shall refer to Amazon.com Services LLC only.



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

78. In furtherance of their sale and distribution of counterfeit Kendra Scott-branded products, Defendants further breached the BSA and its incorporated policies by submitting falsified documents to Amazon in an effort to have their Selling Accounts reinstated following Amazon's suspension of the Accounts.

79. Additionally, Defendants breached the BSA by failing to reimburse Amazon for the amounts it paid, in accordance with Amazon's policies, to refund customers who purchased counterfeit products from Defendants.

80. Defendants' breaches have caused significant harm to Amazon, and Amazon is entitled to damages in an amount to be determined.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A. That the Court enter an order permanently enjoining Defendants, their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them, from:

(i) selling counterfeit or infringing products in Amazon's stores;

(ii) selling counterfeit or infringing products to Amazon or any Amazon affiliate;

(iii) importing, manufacturing, producing, distributing, circulating, offering to sell, selling, promoting, or displaying any product using any simulation, reproduction, counterfeit, copy, or colorable imitation of Kendra Scott's brand or trademarks, or which otherwise infringes Kendra Scott's owned or licensed IP, in any store or in any medium; and

(iv) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (i) through (iii) above;

B. That the Court enter judgment in Plaintiffs' favor on all claims brought by them;



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

C. That the Court enter an order requiring Defendants to provide Plaintiffs with all records in their possession, custody, and control related to Defendants' unlawful activities, including materials sufficient to identify their supplier of the counterfeit Kendra Scott-branded products;

D. That the Court enter an order pursuant to 15 U.S.C. § 1118 impounding and permitting destruction of all counterfeit and infringing products bearing the Kendra Scott Trademarks or that otherwise infringe Kendra Scott's IP, and any related materials, including business records and materials used to reproduce any infringing products, in Defendants' possession or under their control;

E. That the Court enter an order requiring Defendants to provide Plaintiffs a full and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants' unlawful activities;

F. That the Court enter an order requiring Defendants to pay all general, special, and actual damages which Kendra Scott has sustained, or will sustain as a consequence of Defendants' unlawful acts, plus Defendants' profits from the unlawful conduct described herein, together with its statutory damages, and that such damages be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law, and that Amazon's damages, plus Defendants' profits, related to Defendants' activities involving the sale of counterfeit products be enhanced, doubled, or trebled as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;

G. That the Court enter an order requiring Defendants to pay the maximum amount of prejudgment interest authorized by law;

H. That the Court enter an order requiring Defendants to pay the costs of this action and Plaintiffs' reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C. § 1117, RCW 19.86.020, or otherwise allowed by law;



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

I. That the Court enter an order requiring that identified financial institutions restrain and transfer to Plaintiffs all amounts arising from Defendants' unlawful counterfeiting activities as set forth in this lawsuit, up to a total amount necessary to satisfy monetary judgment in this case; and

J. That the Court grant Plaintiffs such other, further, and additional relief as the Court deems just and equitable.

DATED this 16th day of October, 2026.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*/s/ Scott Commerson*
Scott Commerson, WSBA #58085
350 South Grand Avenue, 27th Floor
Los Angeles, CA 90071-3460
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com



Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

# ATTACHMENT 1

## SELLING ACCOUNT 1:

Selling Account Name: Gaggle of Geese
Dates of Known Sales of Infringing Products: August 11, 2025 – April 6, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Nola Pendant Necklace for Women, Fashion Jewelry, Gold-Plated, Iridescent Drusy<br><br>ASIN[1]: B07YCMBMN7<br><br>Infringed Registrations:<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about August 13, 2025 and March 9, 2026, Kendra Scott conducted test purchases of the listed product sold by the Selling Account.<br><br>• Kendra Scott received and inspected the sample products and confirmed that they are counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the pendant and Kendra Scott branding were outside of Kendra Scott's standards, the metal plating was incorrect, and the packaging components differed from a genuine product.<br><br>• Kendra Scott also inspected invoices and a letter of authorization submitted by the Selling Account that purportedly showed that the products were supplied by Kendra Scott. Kendra Scott confirmed that the documents were fabricated based on discrepancies between the documents and genuine Kendra Scott invoices and letters of authorization. |

[1] "ASIN" is an abbreviation of "Amazon Standard Identification Number," which is a unique series of ten alphanumeric characters that is assigned to each product listed for sale in Amazon's stores for identification purposes.

Dates of Known Sales of Infringing Products: November 26, 2025 – March 23, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott, Womens, Elisa Necklace, Gold Blush Pink Opal, One Size<br><br>ASIN: B0FCTW9V21<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about April 27, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the Kendra Scott branding and metal plating were outside of Kendra Scott's standards, incorrect materials were used, and the packaging components differed from a genuine product. |

Dates of Known Sales of Infringing Products: November 25, 2025 – March 25, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Ari Heart Huggie Earrings in 14k Gold-Plated Brass, Rose Quartz, Fashion Jewelry for Women<br><br>ASIN: B08FGZ2HNJ<br><br>Infringed Registrations:<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085<br>Reg. No. 4,927,238 | • On or about April 27, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the Kendra Scott branding and dimensions of the design were outside of Kendra Scott's standards. |

Dates of Known Sales of Infringing Products: December 2, 2025 – April 22, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Brynne Shell Short Pendant Necklace, 14k Gold-Plated Brass, Ivory Mother Of Pearl, Fashion Jewelry for Women<br><br>ASIN: B0CXTZGDBN<br><br>Infringed Registrations:<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about April 27, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the Kendra Scott branding and materials used were outside of Kendra Scott's standards, and the packaging components differed from a genuine product. |

**<u>SELLING ACCOUNT 2:</u>**

Selling Account Name: Jeremiah Boutique
Dates of Known Sales of Infringing Products: May 18, 2025 – November 14, 2025

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Addie Drop Earrings for Women in Filigree, Fashion Jewelry, 14k Gold-Plated<br><br>ASIN: B01HR55A1E<br><br>Infringed Registrations:<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about November 6, 2025, Kendra Scott conducted a test purchase of the listed product sold by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the product's dimensions were outside of Kendra Scott's standards and the metal plating was incorrect.<br><br>• Kendra Scott also inspected invoices and letters of authorization submitted by the Selling Account that purportedly showed that the products were supplied by Kendra Scott. Kendra Scott confirmed that the documents were fabricated based on discrepancies between the documents and genuine Kendra Scott invoices and letters of authorization. |

Dates of Known Sales of Infringing Products: January 20, 2025 – May 28, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Elisa Pendant Necklace in Rhodium-Plated Brass, Fashion Jewelry for Women, Purple Mica<br><br>ASIN: B09GNCB5QN<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about April 27, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the Kendra Scott branding, prongs, materials used, and metal plating were outside of Kendra Scott's standards, and the packaging components differed from a genuine product. |

Dates of Known Sales of Infringing Products: November 6, 2024 – April 5, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Elisa Pendant Necklace for Women, Fashion Jewelry, Rhodium-Plated, Periwinkle Cat's Eye<br><br>ASIN: B01K1KF3SW<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about April 27, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the Kendra Scott branding and materials used were outside of Kendra Scott's standards, and the packaging components differed from a genuine product. |

Dates of Known Sales of Infringing Products: December 17, 2025 – June 26, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott 14k Gold-Plated Mini Elisa Satellite Short Pendant Necklace in Pink Opalite Crystal, Fashion Jewelry for Women<br><br>ASIN: B0CSGMKGT9<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about April 27, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging.[2] For example, the Kendra Scott branding, materials used, and pendant finishing were outside of Kendra Scott's standards, and the packaging components differed from a genuine product. |

Dates of Known Sales of Infringing Products: December 8, 2025 – June 24, 2026

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Mini Elisa 14k Gold-Plated Satellite Short Pendant Necklace in Ivory Mother Of Pearl, Fashion Jewelry for Women<br><br>ASIN: B0CSGCHV75<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about April 27, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the Kendra Scott branding, materials used, and metal plating were outside of Kendra Scott's standards, and the packaging components differed from a genuine product. |

[2] Amazon blocked the Jeremiah Boutique Selling Account in July 2026 after Kendra Scott confirmed that the letters of authorization and invoices that the Selling Account submitted to Amazon in response to Kendra Scott's notices of infringement had been fabricated.

**SELLING ACCOUNT 3:**

Selling Account Name: TruckNShadez
Dates of Known Sales of Infringing Products: October 3, 2024 – November 1, 2025

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Elisa Pendant Necklace for Women, Fashion Jewelry, 14k Gold-Plated, Rose Quartz<br><br>ASIN: B00RYURH8M<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about May 13, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the chain and the materials used were outside of Kendra Scott's standards, and the metal plating was incorrect.<br>• Kendra Scott also inspected invoices and a letter of authorization submitted by the Selling Account that purportedly showed that the products were supplied by Kendra Scott. Kendra Scott confirmed that the documents were fabricated based on discrepancies between the documents and genuine Kendra Scott invoices and letters of authorization. |

Dates of Known Sales of Infringing Products: October 19, 2024 – November 16, 2025

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Elisa Short Pendant Necklace for Women, Dainty Fashion Jewelry, Rhodium-Plated, Rose Quartz<br><br>ASIN: B078Y7FL78<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about May 11, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the chain and the materials used were outside of Kendra Scott's standards, and the metal plating was incorrect. |

Dates of Known Sales of Infringing Products: November 5, 2024 – November 1, 2025

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Elisa Short Pendant Necklace for Women, Dainty Fashion Jewelry, 14K Gold-Plated Brass, Orange Citrine Quartz<br><br>ASIN: B01N1ZHRTJ<br><br>Infringed Registrations:<br>Reg. No. 5,399,800<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about January 15, 2026, Amazon sent to Kendra Scott a sample of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample product and confirmed that it is counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the chain and the materials used were outside of Kendra Scott's standards, and the packaging components differed from a genuine product. |

Dates of Known Sales of Infringing Products: December 5, 2024 – November 25, 2025

| Purported Product | Confirmation of Counterfeit |
|---|---|
| Kendra Scott Ari Heart Adjustable Length Pendant Necklace for Women, Fashion Jewelry, 14k Rose Gold-Plated, Pink Drusy<br><br>ASIN: B07YCMMVW3<br><br>Infringed Registrations:<br>Reg. No. 4,838,307<br>Reg. No. 7,170,774<br>Reg. No. 3,125,314<br>Reg. No. 7,311,085 | • On or about January 15, 2026, Amazon sent to Kendra Scott two samples of the product offered for sale by the Selling Account.<br><br>• Kendra Scott received and inspected the sample products and confirmed that they are counterfeit based on deviations from Kendra Scott's authentic product and packaging. For example, the materials used and the hardware were outside of Kendra Scott's standards, and the metal plating was incorrect. |